**No. 55377.**—Caradine Hat Co. *v.* United States, protest 748137-G (Los Angeles).

Opinion by FORD, J. The protest was dismissed.

**No. 55378.**—Pan American Import Export Co. *v.* United States, protest 136353-K (Tampa).

Opinion by FORD, J. The protest was dismissed.

**No. 55379.**—Ecuadorian Panama Hat Co., Inc. *v.* United States, protest 159724-K (New York).

Opinion by FORD, J. The protest was dismissed.

BEFORE THE THIRD DIVISION, MARCH 20, 1951

**No. 55380.**—Morris Friedman *v.* United States, protests 38973-K and 38976-K (Philadelphia).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55381.**—The United States Leather Co. *v.* United States, protests 65816-K, etc. (Philadelphia).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55382.**—Capital Cigar & Liquor Co. et al. *v.* United States, protests 120754-K, etc. (San Francisco).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, MARCH 22, 1951

**No. 55383.**—M. Adler's Son, Inc. *v.* United States, protest 135830-K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of figures composed wholly or in chief value of papier mâché the same in all material respects as those passed upon in *S. S. Kresge Co.* v. *United States* (25 Cust. Ct. 89, C. D. 1269), the claim of the plaintiff was sustained.